UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVRUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XPLR INFRASTRUCTURE, LP f/k/a NEXTERA ENERGY PARTNERS, LP; JOHN W. KETCHUM; BRIAN W. BOLSTER; TERRELL KIRK CREWS II; AND NEXTERA ENERGY, INC.,<br><br>Defendants. | Case No.: 25-CV-1755 JLS (DDL)<br><br>**ORDER GRANTING JOINT MOTION REGARDING SERVICE AND SCHEDULING**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Motion Regarding Service and Scheduling ("Joint Mot.," ECF No. 8). The Parties jointly request an order stating: (1) Defendants shall not be required to respond to the Complaint (ECF No. 1); and (2) the Court-appointed lead plaintiff and Defendants must submit a proposed schedule for further proceedings within fourteen (14) days of an order appointing lead plaintiff. Joint Mot. at 1.

On July 9, 2025, Plaintiff commenced the above-captioned action against Defendants, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). ECF No. 1. Defendants indicate they have agreed to accept service of the

initial Complaint as of August 14, 2025.  *See* Joint Mot. at 1.

The PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and approval of lead counsel in this case, per the Parties, must be filed no later than September 8, 2025.  *Id.*  The Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint, and that Defendants will file motion(s) to dismiss.  *Id.*  As an amended complaint would render any response to the currently pending Complaint moot, the Parties represent that good cause exists to permit Defendants not to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed.

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 8).  As agreed by the Parties, the Court **ORDERS** as follows:

1. Defendants need not answer or otherwise respond to the initial Complaint (ECF No. 1), and are hereby expressly relieved from answering or otherwise responding to any subsequent complaints filed in this action (including any future-filed related actions consolidated therewith) prior to the entry of the order appointing lead plaintiff and lead plaintiff counsel.

2. Within fourteen (14) days of entry of the order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

**IT IS SO ORDERED**

Dated:  August 15, 2025

Hon. Janis L. Sammartino
United States District Judge