**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for the Steven J. Weston Revocable Trust*

*- additional counsel on signature page -*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVRUS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XPLR INFRASTRUCTURE, LP f/k/a NEXTERA ENERGY PARTNERS, LP, JOHN W. KETCHUM, BRIAN W. BOLSTER, TERRELL KIRK CREWS II, and NEXTERA ENERGY, INC.,<br><br>Defendants. | No.  3:25-cv-01755-JLS-DDL<br><br>**NOTICE OF NON-OPPOSITION OF THE STEVEN J. WESTON REVOCABLE TRUST TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>DATE:      October 16, 2025<br>TIME:       1:30 p.m.<br>JUDGE:    Janis L. Sammartino<br>CTRM:    4D (4th Floor) |

NOTICE OF NON-OPPOSITION - 3:25-cv-01755-JLS-DDL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On September 8, 2025, the Steven J. Weston Revocable Trust (the "Weston Trust") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing the Weston Trust as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired XPLR Infrastructure, LP f/k/a NextEra Energy Partners, LP common units between September 27, 2023 and January 27, 2025, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 23.

Having reviewed the competing motion before the Court, it appears that the Weston Trust does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on the Weston Trust's membership in the proposed Class or its right to share in any recovery obtained for the benefit of Class members.

Dated:  October 1, 2025

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for the Steven J. Weston Revocable Trust*

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti