John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff Movant
James Alvrus*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVRUS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>XPLR INFRASTRUCTURE, LP f/k/a NEXTERA ENERGY PARTNERS, LP, JOHN W. KETCHUM, BRIAN W. BOLSTER, TERRELL KIRK CREWS II, and NEXTERA ENERGY, INC.,<br><br>                    Defendants. | Case No.: 3:25-cv-01755 JLS DDL<br><br>**NOTICE THAT JAMES ALVRUS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL IS UNOPPOSED**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept: 4D<br>Hearing Date: October 16, 2025<br>Time: 1:30 p.m.<br><br><br>Complaint Filed:   July 9, 2025<br>Trial: Not Yet Set<br><br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

On September 8, 2025, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Lead Plaintiff Movant James Alvrus ("Alvrus") timely filed a motion for appointment as Lead Plaintiff and for approval of his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel. ECF No. 24. Alvrus' motion is unopposed. *See* ECF Nos. 22, 26.

Alvrus is the presumptive Lead Plaintiff under the PSLRA and should be appointed Lead Plaintiff because he is the movant with the largest financial interest, and he is adequate and typical under Rule 23 of the Federal Rules of Civil Procedure. *See generally* ECF No. 24  (Memorandum in Support of Alvrus' Motion). For the foregoing reasons, as well as those set forth in his opening papers, Alvrus respectfully requests that he be appointed Lead Plaintiff and that his selection of Scott+Scott as Lead Counsel be approved.

DATED:  October 2, 2025    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ John T. Jasnoch
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.: (619) 233-4565
Fax:  (619) 233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
tlaughlin@scott-scott.com

*Counsel for Lead Plaintiff Movant James Alvrus and Proposed Lead Counsel for the Class*

NOTICE THAT JAMES ALVRUS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL IS UNOPPOSED

Brian J. Schall (CA 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
Fax: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant James Alvrus*

3

NOTICE THAT JAMES ALVRUS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL IS UNOPPOSED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2025, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on October 2, 2025, at San Diego, California.

<u><em>s</em>/ John T. Jasnoch</u><br>
JOHN T. JASNOCH (CA 281605)

4